**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MURIEL JENKINS,
an individual,

                                                         Case No.: 8:16-cv-02746-EAK-AEP

      Plaintiff,
v.

THE TERMINIX INTERNATIONAL
COMPANY LIMITED PARTNERSHIP,
a foreign limited partnership,
THE SERVICEMASTER ACCEPTANCE
COMPANY LIMITED PARTNERSHIP,
a foreign limited partnership, and
FOCUS RECEIVABLES MANAGEMENT, LLC,
a foreign limited liability company,

      Defendants.
_____/

**NOTICE OF SETTLEMENT AND**
**NOTICE OF DISMISSAL WITH PREJUDICE**

**COMES NOW**, Plaintiff, MURIEL JENKINS ("Plaintiff"), by and through the undersigned counsel pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and Middle District of Florida, Local Rule 3.08, and hereby files this *Notice of Settlement and Notice of Dismissal with Prejudice*. Pursuant to Plaintiff's settlement with THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, THE SERVICEMASTER ACCEPTANCE COMPANY LIMITED PARTNERSHIP, and FOCUS RECEIVABLES MANAGEMENT, LLC (hereinafter collectively, "Defendants"), Plaintiff states as follows:

1. Plaintiff and Defendants reached a confidential settlement in the above-styled case.

2. Plaintiff hereby dismisses her claims with prejudice.

3. The Parties shall bear their own attorneys' fees and costs.

4.     To the extent the Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendants' counsel, and Defendants agree to the relief sought herein.

Submitted this 27th day of December 2016.

                                          Respectfully submitted,

                                        **LEAVENLAW**

/s/ *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 010167**
**Aaron M. Swift, Esq., FBN 093088**
**Gregory H. Lercher, Esq., FBN 106991**
**Sara J. Weiss, Esq., FBN 115637**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2016, I filed a true and correct copy of the above and foregoing *Notice of Settlement and Notice of Dismissal with Prejudice* via CM/ECF which will electronically serve counsel of record:

Aaron D. Lyons, Esq.
Rossway, Swan, Tierney, Barry, Lacey & Oliver, P.L.
2101 Indian River Blvd., Suite 200
Vero Beach, FL 32960
alyons@rosswayswan.com
adlyonspa@bellsouth.net
*Attorneys for Defendants*

                                        /s/ *Aaron M. Swift*
                                        Attorney